U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 16 2021

TONY R. MOORE, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| --- | --- | --- |
| | * | 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| | * | 18 U.S.C. § 924(d)(1) |
| VERSUS | * | |
| | * | |
| | * | 2:21-cr-000140-01 |
| | * | Judge Cain |
| BRIAN DAMAR PAUL | * | Magistrate Judge Kay |

## INDICTMENT

THE FEDERAL GRAND JURY CHARGES:

### COUNT 1
### Possession of a Firearm by a Convicted Felon
### [18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about June 28, 2020, in the Western District of Louisiana, the defendant, BRIAN DAMAR PAUL, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm, that is, one (1) Mossberg, Model MC1SC, 9 millimeter caliber semiautomatic pistol, in or affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

### COUNT 2
### Possession of a Firearm by a Convicted Felon
### [18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about December 31, 2020, in the Western District of Louisiana, the defendant, BRIAN DAMAR PAUL, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess

a firearm, that is, one (1) Smith & Wesson, Model SD9VE, 9 millimeter caliber semiautomatic pistol, in or affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

### Forfeiture Allegation
### [18 U.S.C. § 924(d)(1)]

(A)  The allegations contained in Count 1 and Count 2 are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). [18 U.S.C. § 924(d)(1) and 28 U.S.C § 2461(c)].

(B)  As a result of the violation in Count 1 and Count 2 of this Indictment, the defendant, BRIAN DAMAR PAUL, shall forfeit to the United States his interest in any firearm involved in or possessed during those offenses, including:

1) One (1) Mossberg, Model MC1SC, 9 millimeter caliber semiautomatic pistol,

2) One (1) Smith & Wesson, Model SD9VE, 9 millimeter caliber semiautomatic pistol; and

3) Fifteen (15) rounds of 9 millimeter ammunition;

all in violation of Title 18, United States Code, Section 924(d)(1) [18 U.S.C. § 924(d)(1)].

A TRUE BILL:

**REDACTED**

GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

*/s/ John Nickel for Danny Siefker*

J. DANIEL SIEFKER, JR., LA Bar No. 34764
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618